# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 24, 2026

Mr. James D. Bragdon
Mr. Yehudah Lev Buchweitz
Mr. Fred B. Burnside
Mr. Jeremy J. Calsyn
Mr. Scott David Carey
Mr. Mark Alexander Carver
Mr. Jeffrey Cashdan
Ms. Nicole L. Castle
Mr. Gibeault C. Creson
Mr. Joshua Counts Cumby
Mr. Danny David
Ms. Danielle R. Foley
Mr. Evan Fray-Witzer
Mr. Samuel P. Funk
Mr. Andrew R. Gardella
Ms. Tricia R. Herzfeld
Mr. John R. Jacobson
Mr. Brent Justus
Mr. John D. Keller

Mr. Jeffrey L. Kessler
Ms. Ann MacDonald
Mr. Benjamin R. Nagin
Mr. Nathan T. Paine
Mr. Charles H. Samel
Mr. Ryan Sandrock
Mr. Michael W. Scarborough
Mr. Todd R. Seelman
Ms. Margaret M. Siller
Mr. Ian Simmons
Mr. John Tate Spragens
Mr. John Joseph Sullivan
Mr. Richard P. Sybert
Mr. Eliot Turner
Mr. Benjamin I. VandenBerghe
Mr. Michael Timothy Williams
Ms. Judith A. Zahid

Ms. Jessalyn Hershinger Zeigler

Re: Case No. 26-5655
*In re: Realpage Inc, Rental Software Antitrust Litigation*
Originating Case No. 3:23-md-030713:22-cv-010823:23-cv-003323:23-cv-003573:23-
cv-003783:23-cv-004133:23-cv-005523:23-cv-007423:23-cv-009793:24-cv-011963:25-
cv-01347

Dear Counsel,

This appeal has been docketed as case number **26-5655** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **August 7, 2026**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
- Appearance of Counsel
- Civil Appeal Statement of Parties & Issues
- Disclosure of Corporate Affiliations
- Transcript Entry (required)
- Application for Admission to 6th Circuit Bar (if applicable)

Appellee:
- Appearance of Counsel
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens
Case Management Specialist: Sharday
Direct Dial No. 513-564-7027

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 26-5655

In re: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)

----------------------------

JASON GOLDMAN; JEFFREY WEAVER; BILLIE JO WHITE; NANCY ALEXANDER; BRANDON WATTERS; PRISCILLA PARKER; PATRICK PARKER; BARRY AMAR-HOOVER; JOSHUA KABISCH; MEGHAN CHERRY; MAYA HAYNES

        Plaintiffs - Appellees

v.

ALLIED ORION GROUP, LLC; APARTMENT INCOME REIT CORPORATION, dba Air Communities; AVENUE5 RESIDENTIAL, LLC; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; BROOKFIELD PROPERTIES MULTIFAMILY, LLC; CH REAL ESTATE SERVICES, LLC; CONAM MANAGEMENT CORPORATION; CWS APARTMENT HOMES, LLC; FIRST COMMUNITIES MANAGEMENT, INC.; FPI MANAGEMENT, INC.; GREYSTAR MANAGEMENT SERVICES, LLC; KAIROI MANAGEMENT, LLC; ECI MANAGEMENT, LLC; KNIGHTVEST RESIDENTIAL; LANTOWER LUXURY LIVING, LLC; MISSION ROCK RESIDENTIAL, LLC; PINNACLE PROPERTY MANAGEMENT SERVICES, LLC; PROMETHEUS REAL ESTATE GROUP, INC; SECURITY PROPERTIES RESIDENTIAL, LLC; SHERMAN ASSOCIATES, INC.; SIMPSON PROPERTY GROUP, LLP; THRIVE COMMUNITIES MANAGEMENT, LLC; WINDSOR PROPERTY MANAGEMENT COMPANY; WINNCOMPANIES, LLC; WINNRESIDENTIAL MANAGER CORP.; CAMDEN PROPERTY TRUST; CORTLAND MANAGEMENT, LLC; EQUITY RESIDENTIAL; HIGHMARK RESIDENTIAL, LLC; LINCOLN PROPERTY COMPANY, nka Willow Bridge Property Company; MID-AMERICA APARTMENT COMMUNITIES, INC.; MID-AMERICA APARTMENTS, L.P.; THE RELATED COMPANIES, L.P.; ROSE ASSOCIATES, INC.; RPM LIVING, LLC; SARES REGIS GROUP COMMERCIAL, INC.; TRAMMELL CROW RESIDENTIAL COMPANY; CROW HOLDINGS, L.P.

        Defendants - Appellees

ATTORNEYS GENERAL OF THE DISTRICT OF COLUMBIA, KENTUCKY, MARYLAND, NEWJERSEY, AND WASHINGTON

        Interested Party - Appellant