# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **26-5655** Case Manager: **Sharday S. Swain**

Case Name: **In re: RealPage Inc. Rental Software Antitrust Litigation**

Is this case a cross appeal? ☐ Yes ☑ No

Has this case or a related one been before this court previously? ☐ Yes ☑ No

If yes, state:

Case Name: ______ Citation: ______

Was that case mediated through the court's program? ☐ Yes ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

**Appellants: Attorneys General for the District of Columbia, Kentucky, Maryland, New Jersey, and Washington**
**Appellees include the parties to the settlements that gave rise to the injunction in question. Those parties include the plaintiff class representatives Jason Goldman, Jeffrey Weaver, Billie Jo White, Brandon Watters, Priscilla Parker, Patrick Parker, Barry Amar-Hoover, Joshua Kabisch, Meghan Cherry, Maya Haynes, and Nancy Alexander, and settling defendants Allied Orion Group, LLC, Apartment Income REIT LLC, formerly known as Apartment Income REIT Corp. d/b/a AIR Communities, Avenue5 Residential, LLC, Bell Partners, Inc., BH Management Services, LLC, Bozzuto Management Co., Brookfield Properties Multifamily LLC, CH Real Estate Services, LLC, CONAM Management Corporation, CWS Apartment Homes, LLC, ECI Management, LLC, First Communities Management, Inc., FPI Management, Inc., Greystar Management Services, LLC, Kairoi Management, LLC, Knightvest Residential, Lantower Luxury Living, LLC, Mission Rock Residential, LLC, Pinnacle Property Management Services, LLC, Prometheus Real Estate Group, Inc., Security Properties Residential, LLC, Sherman Associates, Inc., Simpson Property Group, LLC, Thrive Communities Management, LLC, Windsor Property Management Co., WinnCompanies, LLC, WinnResidential Manager Corp., Camden Property Trust, Cortland Management, LLC, Equity Residential, Highmark Residential, LLC, Lincoln Property Company, Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P., The Related Companies, L.P. and Related Management Company, Rose Associates, Inc., RPM Living, LLC, Sares Regis Management Company, L.P., and Crow Holdings, LP and Trammell Crow Residential Company**
**Questions:**
**1. Whether the district court erroneously denied the motion of the State Attorneys General to intervene.**
**2. Whether the district court erroneously entered an injunction purporting to enjoin State Attorneys General who are not parties to this case.**

**This is to certify that a copy of this statement was served on opposing counsel of record this** 7th **day of**

August, 2026.

/s/ Caroline S. Van Zile
Name of Counsel for Appellant