No. 26-5655

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)

JASON GOLDMAN, *et al.*,
PLAINTIFFS-APPELLEES,

v.

ALLIED ORION GROUP, LLC, *et al.*,
DEFENDANTS-APPELLEES,

ATTORNEYS GENERAL OF THE DISTRICT OF COLUMBIA, KENTUCKY, MARYLAND, NEW JERSEY, AND WASHINGTON,
INTERESTED PARTIES-APPELLANTS.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

**APPELLANTS' CONSENT MOTION TO DISMISS**

Appellants, the Attorneys General of the District of Columbia, Kentucky, Maryland, New Jersey, and Washington, move pursuant to Federal Rule of Appellate Procedure 42(b)(2) for voluntary dismissal of this appeal, with all parties to bear their own costs. Appellees consent to this request. Therefore, appellants respectfully request that the Court dismiss this docketed appeal.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

/s/ Caroline S. Van Zile
CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

THAIS-LYN TRAYER
Deputy Solicitor General

SARAH CARROLL
Assistant Attorney General
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6609
caroline.vanzile@dc.gov

October 2026

FOR THE STATE OF KENTUCKY

RUSSELL COLEMAN
Attorney General of Kentucky

/s/ Matthew F. Kuhn
MATTHEW F. KUHN
Solicitor General

JOHN H. HEYBURN
Principal Deputy Solicitor General

Office of Kentucky Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
(502) 696-5300
Matt.Kuhn@ky.gov

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
Attorney General of Maryland

SCHONETTE J. WALKER
MELISSA L. ENGLISH
Assistant Attorneys General

Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6470

/s/ Emmy L. Levens
EMMY L. LEVENS
Cohen Milstein Sellers & Toll LLP
1100 New York Ave., NW, Suite 800
Washington, D.C. 20005
(202) 408-4600
elevens@cohenmilstein.com

FOR THE STATE OF NEW JERSEY

JENNIFER DAVENPORT
Attorney General of New Jersey

BRIAN F. MCDONOUGH
Assistant Attorney General

DAVID REICHENBERG
Deputy Attorney General
Section Chief, Antitrust Section

JESSE J. SIERANT
Deputy Attorney General
Section Chief, Consumer Fraud Prosecution Section

LAURA E. SEDLAK
Deputy Attorney General
Assistant Section Chief, Antitrust Section

MONISHA A. KUMAR
Deputy Attorney General
Assistant Section Chief, Consumer Fraud Prosecution Section

SAMUEL T. EGLOW
Deputy Attorney General
Consumer Fraud Prosecution Section

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, NJ 07101
(973) 504-6200

/s/ Emmy L. Levens
EMMY L. LEVENS
Cohen Milstein Sellers & Toll LLP
1100 New York Ave., NW, Suite 800
Washington, D.C. 20005
(202) 408-4600
elevens@cohenmilstein.com

FOR THE STATE OF WASHINGTON

NICHOLAS W. BROWN
Attorney General of Washington

/s/ Brooke Howlett Lovrovich
BROOKE HOWLETT LOVROVICH
Assistant Attorney General

800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Brooke.Lovrovich@atg.wa.gov

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because the motion contains 56 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Caroline S. Van Zile
CAROLINE S. VAN ZILE