Case No. 26-5655

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

In re: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)

------------------------------

JASON GOLDMAN; JEFFREY WEAVER; BILLIE JO WHITE; NANCY ALEXANDER; BRANDON WATTERS; PRISCILLA PARKER; PATRICK PARKER; BARRY AMAR-HOOVER; JOSHUA KABISCH; MEGHAN CHERRY; MAYA HAYNES

Plaintiffs - Appellees

v.

ALLIED ORION GROUP, LLC; APARTMENT INCOME REIT CORPORATION, dba Air Communities; AVENUE5 RESIDENTIAL, LLC; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; BROOKFIELD PROPERTIES MULTIFAMILY, LLC; CH REAL ESTATE SERVICES, LLC; CONAM MANAGEMENT CORPORATION; CWS APARTMENT HOMES, LLC; FIRST COMMUNITIES MANAGEMENT, INC.; FPI MANAGEMENT, INC.; GREYSTAR MANAGEMENT SERVICES, LLC; KAIROI MANAGEMENT, LLC; ECI MANAGEMENT, LLC; KNIGHTVEST RESIDENTIAL; LANTOWER LUXURY LIVING, LLC; MISSION ROCK RESIDENTIAL, LLC; PINNACLE PROPERTY MANAGEMENT SERVICES, LLC; PROMETHEUS REAL ESTATE GROUP, INC; SECURITY PROPERTIES RESIDENTIAL, LLC; SHERMAN ASSOCIATES, INC.; SIMPSON PROPERTY GROUP, LLP; THRIVE COMMUNITIES MANAGEMENT, LLC; WINDSOR PROPERTY MANAGEMENT COMPANY; WINNCOMPANIES, LLC; WINNRESIDENTIAL MANAGER CORP.; CAMDEN PROPERTY TRUST; CORTLAND MANAGEMENT, LLC; EQUITY RESIDENTIAL; HIGHMARK RESIDENTIAL, LLC; LINCOLN PROPERTY COMPANY, nka Willow Bridge Property Company; MID-AMERICA APARTMENT COMMUNITIES, INC.; MID-AMERICA APARTMENTS, L.P.; THE RELATED COMPANIES, L.P.; ROSE ASSOCIATES, INC.; RPM LIVING, LLC; SARES REGIS MANAGEMENT COMPANY, L.P.; TRAMMELL CROW RESIDENTIAL COMPANY; CROW HOLDINGS, L.P.

Defendants - Appellees

ATTORNEYS GENERAL OF THE DISTRICT OF COLUMBIA, KENTUCKY, MARYLAND, NEWJERSEY, AND WASHINGTON

Interested Party - Appellant

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: November 03, 2026

Kelly L. Stephens